**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT**
**OF OHIO WESTERN DIVISION**

| | |
|---|---|
| REBECCA HARTMAN<br>Individually and as class action representatives on behalf of all other Plaintiffs similarly situated,<br><br>      Plaintiffs,<br><br>Vs.<br><br>KIA Motors America<br><br>      Defendant. | Case no:3:19-CV-1407 JGC<br><br>JUDGE JAMES G. CARR<br><br>**MOTION TO AMEND THE COMPLAINT AND CLASS ACTION LAWSUIT WITH JURY DEMAND ENDORSED HEREON**<br><br>Michael D. Portnoy (0040213)<br>810 West South Boundary Rd.<br>Perrysburg, Ohio  43551<br>PH: (419) 874-2775<br>FX: (419) 874-2777<br>E-mail: hawkport@aol.com<br>Attorney for Plaintiffs |

*******************************************************************************************

     NOW COME the Plaintiffs, by and through counsel and pursuant to Federal Civil Rule 15, hereby move this Court for an Order allowing the Plaintiffs to amend their complaint and class action lawsuit. A supporting memorandum is attached hereto.

                                       Respectfully submitted,
                                       s/ Michael D. Portnoy
                                       Attorney for Plaintiffs

## **MEMORANDUM IN SUPPORT**

On May 15, 2019, Plaintiff Hartman, on her behalf and those individuals similarly situated, filed a class action lawsuit against Kia Motors of America, Inc. (hereinafter Kia) The basis of the lawsuit was due to Kia replacing the original engines in a certain number of 2012-2014 Kia Sorentos with a remanufactured engine that were subject to leaking fuel and increasing the risk of fire.

On August 9, 2018, while driving her 2013 Kia Sorento, the engine caught on fire and nearly killed Plaintiff Hartman. On October 31, 2018, a joint investigation of the cause of this fire occurred among Grange Insurance's fire expert and Kia's engineers. On November 26, 2018, Grange Insurance's hired fire expert concluded that the cause of the fire was due to "a failure of the fuel delivery system caused gasoline to escape and ignite within the engine compartment." (Page eleven (11) November 26, 2018 of Grange's fire expert report, identified as Plaintiff's Exhibit three (3) attached to her original complaint.

Within three (3) weeks of this November 26, 2018 fire expert report, a NHTSA safety recall, number 18V-907, attached hereto as Plaintiffs' Exhibit five (5), was issued regarding not only 2012-2014 Kia Sorentos: the safety recall was also for 2011-2014 Kia Optimas and 2011-2013 Kia Sportages. The reason for the safety recall for all these vehicles was "to confirm the high pressure fuel pipe was properly installed by Kia dealers to the fuel pump outlet when the engine was replaced. The recall population was determined by a review of vehicle production and warranty records."

The NHTSA safety recall indicates 68,127 total vehicles are involved with this recall.

On January 17, 2019, Plaintiff Hartman received a letter from Kia regarding an "Important Safety Recall." This letter, identifying NHTSA recall number 18V-907 and attached to Plaintiff's original lawsuit and identified as Plaintiffs' Exhibit four (4), states in part the following:

**What Is The Problem?**

The remedy for the previous recall 17v224 may not have been properly performed. In some case, the high pressure fuel pipe may have been damaged, misaligned or improperly torqued during the engine replacement procedure, allowing fuel to leak, thereby increasing the risk of fire.

The important safety recall notice contains the exact same language identifying the potentially lethal problems in the NHTSA Safety Recall Report. Obviously, Kia was made aware of the reason for Plaintiff Hartman's fire in her 2013 Kia Sorento and from this reason, Kia was required to issue NHTSA mandated recall notices to owners of the subject vehicles.

Because the issue regarding the 2012-2014 Kia Sorentos, including Plaintiff Hartman's, is exactly the same as the other vehicles noted in NHTSA Safety Report 18V-907, Plaintiff Hartman hereby moves this Court for an Order allowing her to amend her complaint to include those owners of 2011-2014 Kia Optimas and 2011-2013 Kia Sportages.

Federal Civil Rule 15 declares that leave to amend "shall be freely given when justice so requires;" this mandate is to be heeded….In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.-the leave should, as the rule requires, be 'freely given.' **Forman v. Davis,** 371 U.S.178, 182 (1962)

3

In this case, no factual dispute exists that the reason for Plaintiff Hartman's January 17, 2019 recall notice and the other purported plaintiffs' recall notices was for exactly the same reason-to confirm that the high pressure fuel pipe was properly installed by Kia dealers to the fuel pump outlet when the engine was replaced.

As a result, Plaintiff being allowed to amend her class action complaint is well taken and should be granted. A proposed amended class action complaint is attached hereto.

Respectfully submitted,
s/ Michael D. Portnoy
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of this pleading was served on all counsel by e-mail.

s/ Michael D. Portnoy