It is so ordered.

s/James G. Carr
Sr. U.S. District Court Judge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **Rebecca Hartman, et al,** | **Case No. 3:19 CV 01407-JGC** |
| **Plaintiffs,** | **JUDGE JAMES G. CARR** |
| -vs- | **Plaintiff's notice of dismissal** |
| **Kia Motors of America, Inc.,** | Michael D. Portnoy (0040213) |
| | ATTORNEY AT LAW |
| **Defendant.** | 810 West South Boundary Rd. |
| | Perrysburg, Ohio 43551 |
| | Telephone: (419) 874-2775 |
| | Fax: (419) 874-2777 |
| | E-Mail: hawkport@aol.com |
| | *Attorney for Plaintiffs* |

*************************************************************************

Pursuant to Federal Civil Rule 41, Plaintiff Hartman, through counsel, hereby gives notice she is dismissing her complaint against Defendant, with prejudice.

Respectfully submitted,

s/ Michael D. Portnoy
Attorney for Plaintiffs

### Certificate of Service

A copy of this pleading was e-mailed to opposing counsel.

s/ Michael D. Portnoy